**No. 10-10062. Michael A. Diaz, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 128, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5505.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 630 F.3d 1314.